UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Qian SUN,<br><br>    Petitioner-Plaintiff,<br><br>    v.<br><br>Ernesto SANTACRUZ JR., Acting Field Office Director of Los Angeles Office of Detention and Removal, U.S. Immigrations and Customs Enforcement; U.S. Department of Homeland Security; Todd M. LYONS, Acting Director, Immigration and Customs Enforcement, U.S. Department of Homeland Security; Kristi NOEM, Secretary, U.S. Department of Homeland Security; and Pam BONDI, Attorney General of the United States;<br><br>    Respondents-Defendants. | Case No.: 5:25-cv-02198-JLS-JC<br><br>**ORDER GRANTING JOINT STIPULATION TO (1) MODIFY BRIEFING AND HEARING SCHEDULE; AND (2) EXTEND TEMPORARY RESTRAINING ORDER (Doc. 14)** |

Having reviewed the Parties' Joint Stipulation (Doc. 14), and for good cause shown, the Court HEREBY ORDERS that the briefing and hearing schedule on the Court's Order for Respondents to show cause as to why a preliminary injunction should not issue is revised as follows: Respondents' further opposition to Petitioner's motion is due on September 16, 2025.  Petitioner's reply is due on September 29, 2025.  A hearing will be held on Friday, October 17, 2025, at 10:30 a.m. **via Zoom Webinar**.  Guidelines for Zoom Courtroom Proceedings are available on the Court's website.

IT IS FURTHER ORDERED that the temporary restraining order issued on August 26, 2025, will remain in effect through October 17, 2025, or until further Order of the Court.

Dated:  August 29, 2025

HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE