1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

11
12
13
14
15
16
17

QIAN SUN,

                        Petitioner,

                v.

ERNESTO SANTACRUZ JR.,
etc., et al.,

                        Respondents.

)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 5:25-cv-02198-JLS-JC


ORDER REQUIRING RESPONSE TO PETITION FOR WRIT OF HABEAS CORPUS[1]

18
19
20
21
22
23

      On August 22, 2025, Petitioner Qian Sun, who is represented by counsel in this action, filed the operative Corrected/Amended Petition for Writ of Habeas Corpus and Complaint for Declaratory and Injunctive Relief ("Petition"). Petitioner requests that the Court (1) prevent the U.S. Department of Homeland Security (DHS), U.S. Immigration and Customs Enforcement (ICE) from returning

24
25
26
27
28

     [1]The Court notes that proceedings related to Petitioner's requests for expedited relief are ongoing before the District Judge with further briefing from the parties due on September 16, 2025 (Respondents) and September 29, 2025 (Petitioner), and a hearing set before the District Judge on October 17, 2025.  To the extent the proceedings before the District Judge moot the matters before the Magistrate Judge or render the briefing ordered herein superfluous or repetitive, nothing in this Order prohibits the parties from so notifying this Court and/or seeking appropriate relief due to the same.

her to an immigration jail without first providing her a due process hearing where the government bears the burden to demonstrate to a neutral adjudicator that her custody is justified by clear and convincing evidence because she is a flight risk or danger to the community and her removal is reasonably foreseeable, and (2) prevent DHS from deporting her to a third country without advance notice and an opportunity to seek fear-based relief.

To facilitate the just, speedy, and inexpensive determination of this action, IT IS HEREBY ORDERED:

1.    As Respondents have already appeared in this action and has received the Petition, the Court simply directs the Clerk of this Court to promptly serve this Order on the United States Attorney for the Central District of California and on Petitioner's counsel of record.

2.    Within twenty-three (23) days, Respondents shall file a Response to the Petition.

3.    In the event Respondents file a Motion to Dismiss, Petitioner shall file an Opposition/Response thereto within fourteen (14) days of service thereof and Respondents shall file any Reply within seven (7) days of service of Petitioner's Opposition/Response.

4.    In the event Respondents file an Answer, Petitioner may file a Reply thereto within fourteen (14) days of service of Respondents' Answer.

5.    Unless otherwise ordered by the Court, this case shall be deemed submitted on the date the last brief contemplated by the foregoing briefing schedule is due.

IT IS SO ORDERED.

DATED: September 2, 2025

_____
/s/
Honorable Jacqueline Chooljian
UNITED STATES MAGISTRATE JUDGE

2