UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.  5:25-cv-02198-JLS-JC                                             Date: October 16, 2025
Title:  Qian Sun v. Ernesto Santacruz Jr et al

Present: **Honorable JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| Kelly Davis | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendant: |
|---|---|
| Not Present | Not Present |

**PROCEEDINGS:**  **(IN CHAMBERS)  ORDER VACATING HEARING AND ENTERING PRELIMINARY INJUNCTION AS TO RESPONDENTS ERNESTO SANTACRUZ JR, U.S. DEPARTMENT OF HOMELAND SECURITY, TODD M. LYONS, KRISTI NOEM, AND PAMELA BONDI.**

On August 26, 2025, the Court issued a Temporary Restraining Order and Order to Show Cause as to Why a Preliminary Injunction Should Not Issue.  (TRO, Doc. 13.)  On August 29, 2025, the Court granted a joint stipulation to extend the TRO through October 17, 2025 and modify the briefing schedule.  (Doc. 15).  The Court ordered Respondents to file further opposition to a preliminary injunction by September 16, 2025.  (*Id.* at 2.)  Respondents made no further opposition.  On September 29, Petitioner submitted a reply, noting the absence of any further opposition by Respondents and asking the Court to convert the TRO into a preliminary injunction.  (Reply, Doc. 18.)  In light of Respondent's failure to file any additional papers after the issuance of the TRO, and for the reasons stated below, the Court vacates the hearing set for October 17, 2025, and GRANTS Petitioner's request.

"The standard for issuing a temporary restraining order is identical to the standard for issuing a preliminary injunction."  *Lockheed Missile & Space Co. v. Hughes Aircraft Co.*, 887 F. Supp. 1320, 1323 (N.D. Cal. 1995).  In issuing the TRO, the Court found that

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  5:25-cv-02198-JLS-JC                                                        Date: October 16, 2025
Title:  Qian Sun v. Ernesto Santacruz Jr et al

Petitioner made a sufficient showing under each of the *Winter* factors with regards to Petitioner's potential detention and/or third country removal without proper notice and opportunity to be heard.  (*See generally* TRO; *see also Winter v. Nat. Res. Def. Council, Inc.*, 555 U.S. 7, 22 (2008).)  Particularly in light of Respondents' failure to file any further opposition, the Court sees no reason to depart from its previous analysis and incorporates that analysis herein.

Accordingly, the Court ORDERS as follows:

1. Respondents, their officers, agents, servants, employees, and attorneys, and other persons who are in active concert or participation with Respondents shall not arrest or detain Petitioner without written notice provided to Petitioner and her counsel, and a pre-deprivation hearing before a neutral arbiter to evaluate whether Petitioner's re-detention is warranted based on flight risk or a danger to the community.

2. This Preliminary Injunction shall take effect immediately and shall remain in effect pending resolution of the merits of this case or further order of this Court.

3. The Court exercises its discretion to waive the requirement to post a bond.

   **IT IS SO ORDERED**.

                                                                        Initials of Deputy Clerk: kd