1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

11  QIAN SUN,                        )   Case No. 5:25-cv-02198-JLS-JC
                                     )
12               Petitioner,         )
                                     )   ORDER DIRECTING THE PARTIES
13        v.                         )   FORTHWITH TO MEET AND
                                     )   CONFER AND TO MAKE FURTHER
14  ERNESTO SANTACRUZ JR.,           )   SUBMISSION
    etc., et al.,                    )
15                                   )
                                     )
16               Respondents.        )
                                     )
17  _____      )

18        On August 22, 2025, Petitioner Qian Sun, who is represented by counsel in

19  this action, filed the operative Corrected/Amended Petition for Writ of Habeas

20  Corpus and Complaint for Declaratory and Injunctive Relief ("Petition") and a

21  Motion for Temporary Restraining Order ("TRO Application").  On August 26,

22  2025, the assigned United States District Judge granted the TRO Application,

23  enjoined and restrained Respondents from arresting, detaining, or removing

24  Petitioner without notice and without a hearing, authorized further briefing, and

25  set a hearing for Respondents to demonstrate why a preliminary injunction

26  should not issue.

27        On September 2, 2025, this Court set a briefing schedule on the Petition,

28  acknowledging the then-ongoing proceedings before the District Judge, and

1 advising the parties that to the extent the proceedings before the District Judge

2 mooted the matters before the Magistrate Judge or rendered the briefing ordered

3 therein superfluous or repetitive, nothing in such Order prohibited the parties from

4 so notifying this Court and/or seeking appropriate relief due to the same.  On

5 September 25, 2025, Respondents filed a Response to the Petition, essentially

6 indicating, in light of the then-pending proceedings before the District Judge, that

7 no purpose would be served by the Magistrate Judge separately addressing the

8 merits, that the matter should instead be resolved consistent with the District

9 Judge's injunction decisions, and that additional briefing would be superfluous.

10 Petitioner did not file a Reply to such Response.

11       On October 16, 2025, the District Judge entered a preliminary injunction,

12 enjoined Respondents, their officers, agents, servants, employees, and attorneys,

13 and other persons who are in active concert or participation with Respondents

14 from arresting or detaining Petitioner without written notice provided to Petitioner

15 and her counsel, and a pre-deprivation hearing before a neutral arbiter to evaluate

16 whether Petitioner's re-detention is warranted based on flight risk or a danger

17 to the community, and ordered that such preliminary injunction was immediately

18 effective and shall remain in effect pending resolution of the merits of this case or

19 further order of the Court.

20       In light of the foregoing, IT IS HEREBY ORDERED that the parties shall

21 forthwith confer regarding the status of this matter and, within seven (7) days,

22 shall file a Joint Status Report addressing the parties' positions as to the

23 appropriate manner in which to proceed with this action at this juncture and a

24 proposed schedule corresponding to the same (*e.g.*, whether the case is now moot

25 and should be dismissed without prejudice on that basis, whether Petitioner

26 intends voluntarily to dismiss this action given the relief granted to date and

27 whether Respondents consent thereto, or whether the parties can enter a

28 Stipulation resolving any remaining issues regarding the merits in light of the

1   orders issued by the District Judge).  In the event Petitioner files a Notice of

2   Voluntary Dismissal to which Respondents consent or the parties file a dispositive

3   Stipulation by the foregoing deadline, they need not also file a Joint Status Report.

4        IT IS SO ORDERED.

5   DATED: December 8, 2025

6                                             _____/s/_____

7                                             Honorable Jacqueline Chooljian
                                              UNITED STATES MAGISTRATE JUDGE
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28