UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| QIAN SUN,<br><br>           Petitioner,<br><br>     v.<br><br>ERNESTO SANTACRUZ JR.,<br>et al,<br><br>           Respondents | Case No. 5:25-cv-02198-JLS-AYP<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Corrected/Amended Petition for Writ of Habeas Corpus and Complaint for Declaratory and Injunctive Relief ("Petition"), the parties' related submissions, and all of the records herein, including the January 15, 2026 Report and Recommendation of United States Magistrate Judge ("Report and Recommendation"), the Objections to the Report and Recommendation filed on January 27, 2026 ("Objections"), and the Reply to Objections filed on February 10, 2026 ("Reply"). Further, the Court has engaged in a *de novo* review of those portions of the Report and Recommendation to which

Objections and Reply to the Objections have been made. The Court overrules the Objections and approves and accepts the Report and Recommendation.

IT IS HEREBY ORDERED that (1) the Petition is granted; and (2) Respondents, their officers, agents, servants, employees, and attorneys, and any other persons who are in active concert or participation with Respondents are permanently enjoined and restrained from (a) re-arresting or detaining Petitioner without prior written notice to Petitioner and her counsel, and a pre-deprivation hearing before a neutral arbiter to evaluate whether Petitioner's re-detention is warranted based on flight risk or a danger to the community; and (b) removing Petitioner to a third country unless they adhere to the following procedures:

    i. provide Petitioner and her counsel with written notice in a language Petitioner can understand;

    ii. provide a meaningful opportunity, and a minimum of ten (10) days, to raise a fear-based claim for protection prior to removal;

    iii. if Petitioner demonstrates reasonable fear of removal to the third country, Respondents must move to reopen Petitioner's removal proceedings; and

    iv. If Petitioner is not found to have demonstrated a reasonable fear of removal to the third country, Respondents must provide a meaningful opportunity, and a minimum of fifteen (15) days for Petitioner to seek reopening of her immigration proceedings

IT IS SO ORDERED.

DATED: March 3, 2026

                                                  _____
                                   HONORABLE JOSEPHINE L. STATON
                                   UNITED STATES DISTRICT JUDGE