JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

QIAN SUN,

                Petitioner,

       v.

ERNESTO SANTACRUZ JR., et al.

              Respondents.

_____

) Case No. 5:25-cv-02198-JLS-AYP
)
)
) JUDGMENT
)
)
)
)
)
)
)
)
)
)
)
)

Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge, IT IS ADJUDGED that (1) the Corrected/Amended Petition for Writ of Habeas Corpus and Complaint for Declaratory Relief ("Petition") is granted; and (2) Respondents, their officers, agents, servants, employees, and attorneys, and any other persons who are in active concert or participation with Respondents are permanently enjoined and restrained from

(a) re-arresting or detaining Petitioner without prior written notice to Petitioner and her counsel, and a pre-deprivation hearing before a neutral arbiter to evaluate whether Petitioner's re-detention is warranted based on flight risk or a danger to the community; and (b) removing Petitioner to a third country unless they adhere to the following procedures:

    i.    provide Petitioner and her counsel with written notice in a language Petitioner can understand;

    ii.    provide a meaningful opportunity, and a minimum of ten (10) days, to raise a fear-based claim for protection prior to removal;

    iii.    if Petitioner demonstrates reasonable fear of removal to the third country, Respondents must move to reopen Petitioner's removal proceedings; and

    iv.    If Petitioner is not found to have demonstrated a reasonable fear of removal to the third country, Respondents must provide a meaningful opportunity, and a minimum of fifteen (15) days for Petitioner to seek reopening of her immigration proceedings

IT IS SO ADJUDGED.

DATED: March 3, 2026

_____
HONORABLE JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE

2.