UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

Qian SUN,

     Petitioner-Plaintiff,

     v.

Ernesto SANTACRUZ JR., *et al*;

     Respondents-Defendants.

Case No.: 5:25-cv-02198-JLS-JC

**ORDER GRANTING JOINT STIPULATION TO EXTEND TIME TO FILE APPLICATION UNDER EAJA (Doc. 29)**

Having considered the Parties' Joint Stipulation to Extend Time to File Application Under EAJA (Doc. 29), and finding good cause thereon, the Court hereby ORDERS that the deadline for Petitioner to file her application for attorneys' fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), is extended by sixty days, and the application is hereby due on **July 31, 2026.**

DATED: May 29, 2026

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE

2